Larry W. Lee (State Bar No. 228175)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa St., Suite 1250
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Edward W. Choi, Esq. SBN 211334
**LAW OFFICES OF CHOI & ASSOCIATES, APLC**
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885
Email: edward.choi@choiandassociates.com

Attorneys for Plaintiff and the Class

(Additional counsel on next page)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI ARELLANO, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>USA WASTE OF CALIFORNIA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-02205-CKD<br><br>~~[PROPOSED]~~ **ORDER TO CONTINUE DATES** |

# ADDITIONAL COUNSEL

William L. Marder, Cal Bar No. 170131
**POLARIS LAW GROUP**
501 San Benito Street, Suite 200
Hollister, California 95023
Telephone:   831.531.4214
Facsimile:   831.634.0333

Dennis S. Hyun (State Bar No. 224240)
**HYUN LEGAL, APC**
515 S. Figueroa St., Suite 1250
Los Angeles, CA  90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff and the Class

David J. Dow, Bar No. 179407
ddow@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: 619.232.0441
Fax No.: 619.232.4302

Attorneys for Defendant
USA WASTE OF CALIFORNIA, INC.

[PROPOSED] ORDER TO CONTINUE DATES

**[PROPOSED] ORDER**

The Parties' Stipulation is HEREBY APPROVED.  ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. Plaintiff's deadline to file its Motion for Class Certification is continued from November 6, 2023 to July 22. 2024.

Dated:  October 27, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
arel22cv2205.stip.class

2

[PROPOSED] ORDER TO CONTINUE DATES