Larry W. Lee (State Bar No. 228175)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa St., Suite 1250
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Edward W. Choi, Esq. SBN 211334
**LAW OFFICES OF CHOI & ASSOCIATES, APLC**
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885
Email: edward.choi@choiandassociates.com

Attorneys for Plaintiff and the Class

(Additional counsel on next page)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ARELLANO, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>USA WASTE OF CALIFORNIA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:22-cv-02205-CKD<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION TO DISMISS** |

1

# ADDITIONAL COUNCIL

William L. Marder, Cal Bar No. 170131
**POLARIS LAW GROUP**
501 San Benito Street, Suite 200
Hollister, California 95023
Telephone: 831.531.4214
Facsimile: 831.634.0333

Dennis S. Hyun (State Bar No. 224240)
**HYUN LEGAL, APC**
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff and the Class

David J. Dow, Bar No. 179407
ddow@littler.com
**LITTLER MENDELSON, P.C.**
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: 619.232.0441
Fax No.: 619.232.4302

Attorneys for Defendant
USA WASTE OF CALIFORNIA, INC.

# ~~[PROPOSED]~~ ORDER

Having reviewed the Parties' Joint Stipulation to Dismiss (ECF No. 25), and GOOD CAUSE appearing, the Court hereby orders as follows:

1. This action is dismissed without prejudice pursuant to the Parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
2. Except as provided for in the Parties' settlement agreement, the Parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  September 9, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, arel22cv2205.dism